|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARGARET LUNDSTROM, | No. 2:22-cv-01398 TLN AC PS |
|---|---|
| Plaintiff, |   |
| v. | ORDER |
| CONTRA COSTA HEALTH SERVICES, |   |
| Defendant. |   |

Plaintiff, who has paid the filing fee, is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On September 29, 202, defendants filed a motion to dismiss and a motion to change venue. ECF Nos. 5, 6 Plaintiff has not responded to either motion. The court is concerned that plaintiff has abandoned this case.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days after the motion is filed. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of November 9, 2022 is CONTINUED to November 23, 2022, at 10:00 a.m. in via zoom. Please contact the Courtroom Deputy Jonathan Anderson by phone (916) 930-4199 or by email at janderson@caed.uscourts.gov one day prior to the scheduled motion hearing to receive the Zoom information;

2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to each motion no later than **November 2, 2022**. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: October 14, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2